**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES SCOTT SPARKMAN,<br><br>        Defendant. | Case No. 5:21-cv-00788-JWH-SHK<br><br>**JUDGMENT** |

Pursuant to the "Order Regarding Cross-Motions for Summary Judgment [ECF Nos. 16 & 17]" filed substantially contemporaneously herewith, and in accordance with Rules 56 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court has personal jurisdiction over the parties and subject matter jurisdiction over the above-captioned action pursuant to 26 U.S.C. §§ 7402 & 7403 and 28 U.S.C. §§ 1340 & 1345.

2. Judgment is entered in **FAVOR** of Plaintiff United States of America and **AGAINST** Defendant James Scott Sparkman for unpaid income tax liabilities for tax years 1996, 1997, 1998, 1999, and 2000 in the amount of **$603,874.54** as of March 24, 2021, plus interest and penalties as allowed by law.

3. Plaintiff United States of America may conduct post-judgment discovery to aid in the collection of this Judgment.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 19, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE